IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Havens, Adam R

Printed: 12/23/08

Case Number: 07 B 09162
Judge: Wedoff, Eugene R
Filed: 5/19/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 30, 2008
Confirmed: August 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,365.00 |  |
| Secured: |  | 4,329.16 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,274.00 |
| Trustee Fee: |  | 335.16 |
| Other Funds: |  | 426.68 |
| Totals: | 6,365.00 | 6,365.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 1,274.00 | 1,274.00 |
| 2. | Universal Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 1,899.73 | 643.51 |
| 5. | Wells Fargo Financial Illinois Inc | Secured | 13,548.58 | 3,666.61 |
| 6. | Universal Mortgage Corp | Secured | 1,601.55 | 19.04 |
| 7. | RoundUp Funding LLC | Unsecured | 699.89 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 6,948.91 | 0.00 |
| 9. | FPC Financial Fsb | Unsecured | 890.57 | 0.00 |
| 10. | Capital One | Unsecured | 5,317.77 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 728.57 | 0.00 |
| 12. | State Farm Bank | Unsecured | 1,921.26 | 0.00 |
| 13. | Nicor Gas | Unsecured |  | No Claim Filed |
| 14. | State Farm Financial Services | Unsecured |  | No Claim Filed |
| 15. | Thd/Cbsd | Unsecured |  | No Claim Filed |
| | | | $ 34,830.83 | $ 5,603.16 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 249.76 |
| 6.5% | 82.87 |
| 6.6% | 2.53 |
|  | $ 335.16 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Havens, Adam R | Case Number:  07 B 09162 |
| | Judge:  Wedoff, Eugene R |
| Printed: 12/23/08 | Filed:  5/19/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                    Marilyn O. Marshall, Trustee, by:

